**HARLEY J. ROBINSON TRUST,**
a Michigan Trust, Plaintiff–
Appellee,

v.

**ARDMORE ACRES, INC.,** a Michigan corporation; **United States of America; State of Michigan; Michigan Employment Security Commission,** Defendants,

**Henry Woodworth, M.D.; Mamoun Dabbagh, M.D.; Robert Niccolini, M.D.,** Defendants–Appellants.

No. 04–1388.

United States Court of Appeals,
Sixth Circuit.

Aug. 2, 2005.

Jeffrey T. Neilson, Lipson, Neilson, Cole, Seltzer & Garin, Troy, MI, for Plaintiff–Appellee.

Michael C. Curhan, Lipson, Neilson, Cole, Seltzer & Garin, Michael E. Fisher, Bloomfield Hills, MI, for Defendants.

Stephen M. Ryan, Bingham Farms, MI, for Defendants–Appellants.

Before NORRIS and DAUGHTREY, Circuit Judges; JORDAN, District Judge.*

## MEMORANDUM OPINION

PER CURIAM.

Defendants, Henry Woodworth, M.D., Mamoun Dabbagh, M.D., and Robert Niccolini, M.D., appeal the district court's grant of summary judgment to plaintiff Harley J. Robinson Trust ("Trust") in this priority dispute among lien holders.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to plaintiff.

Because the reasoning which supports summary judgment for plaintiff has been articulated by the district court, the issuance of a detailed written opinion by this court would serve no useful purpose. Accordingly, the judgment of the district court is **affirmed** upon the reasoning employed by that court in its Memorandum and Order filed on February 12, 2004.